

# NUMBER 13-20-00077-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**In the Matter of the Marriage of Ephraim Karsagi and Alyssa Lyn Karsagi and in the Interest of E.B.K. and A.Y.K., Children**

---

**On appeal from County Court at Law No 1 of Brazos County, Texas.**

---

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Longoria and Perkes Order Per Curiam**

Appellant, Alyssa Karsagi, filed an affidavit of indigence with the trial court on December 20, 2019. On March 6, 2020, a contest to the affidavit was filed in this court. Subsequently, on April 17, 2020, appellant filed a new affidavit of indigence.

Accordingly, we ORDER that pursuant to Texas Rule of Appellate Procedure 20.1(e), the trial court clerk, the court reporter, or any party to this cause must challenge appellant's claim of indigence filed on April 17, 2020, by filing a contest to appellant's declaration of inability to pay costs in the trial court **within 10 days** from the date of this order. *See* TEX. R. APP. P. 20.1(e).

If a contest is timely filed, we ORDER the trial court to conduct a hearing or sign an order extending the time to conduct a hearing within 10 days after any contest is filed. *See* TEX. R. APP. P. 20.1(i)(2)(B) ("The trial court must either conduct a hearing or sign an order extending the time to conduct a hearing . . . within 10 days after the trial court received a contest referred from the appellate court."). However, the trial court may not order the time for conducting a hearing on a contest to be extended for more than 20 days from the date the order is signed. *See* TEX. R. APP. P. 20.1(i)(3).

If a contest is timely filed, we ORDER the trial court, within 40 days from the date of this order, to prepare a written order and written findings of fact and conclusions of law regarding its indigence determination. We further ORDER the trial court clerk, as soon as practicable but in no event later than 60 days from the date of this order, to file a supplemental clerk's record, containing (1) the contest; (2) the trial court's order; and (3) the trial court's findings of fact and conclusions of law. The court reporter is ORDERED to prepare and file the reporter's record of the trial court's hearing as soon as practicable but in no event later than 60 days from the date of this order.

If no contest is filed or a contest is filed untimely, we ORDER the trial court clerk to file a supplemental clerk's record containing a certificate that states either no contest was filed or a contest was filed untimely within 20 days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of November, 2020.

2